1 | Horace W. Green (SBN 115699)
Joanne M. Ryan (SBN 199193)
2 | GREEN & HUMBERT
220 Montgomery Street, Suite 438
3 | San Francisco, California 94104
Telephone: (415) 837-5433
4 | Facsimile:  (415) 837-0127

5 | Attorneys for Defendants
LIFE INSURANCE COMPANY OF
6 | NORTH AMERICA and
APV CONSOLIDATED, INC.
7 | LONG TERM DISABILITY PLAN

8 | Melvyn D. Silver (SBN 48674)
LAW OFFICES OF SILVER & TAUBE
9 | 300 South First Street, Suite 205
San Jose, California 95113
10 | Telephone:  (408) 298-9755     **E-filed 9/2/05**
Facsimile: (408) 298-9699
11

12 | Attorneys for Plaintiff
PERRY SOUTHARD

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA**

15

16

| | | |
|---|---|---|
| PERRY SOUTHARD, | ) | Case No. C 05-01710 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR** |
| | ) | **DISMISSAL OF ACTION WITH** |
| v. | ) | **PREJUDICE** |
| | ) | |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA; APV | ) | |
| CONSOLIDATED, INC. LONG TERM | ) | |
| DISABILITY PLAN , | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff PERRY SOUTHARD ("Plaintiff") and Defendants LIFE INSURANCE

COMPANY OF NORTH AMERICA and APV CONSOLIDATED, INC. LONG TERM

DISABILITY PLAN ("Defendants") by and through their respective counsel of record,

hereby stipulate that this matter be dismissed with prejudice, each party to bear its own

costs of suit and attorney's fees.

1

DATE:  August ___, 2005          GREEN & HUMBERT

2

3

By: **/s/ Horace W. Green**
HORACE W. GREEN

4

JOANNE M. RYAN
Attorneys for Defendants

5

Life Insurance Company of North
America and APV Consolidated Long

6

Term Disability Plan

7

DATE:  August ___, 2005          LAW OFFICES OF SILVER & TAUBE

8

9

By: **/s/ Melvyn D. Silver**
MELVYN D. SILVER

10

Attorneys for Plaintiff
Perry Southard

11

12

13

        I hereby attest that I have on file all holograph signatures for any signatures

14

indicated by a "conformed" signature (/s/) within this e-filed document.

15

16

DATE:  August ___, 2005          GREEN & HUMBERT

17

By: **/s/ Horace W. Green**
HORACE W. GREEN

18

19

20

21

**ORDER**

22

        IT IS SO ORDERED.

23

24

DATED:   9/2/05                          /s/electronic signature authorized

25

JEREMY FOGEL
United States District Judge

26

27

28